UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth PARNELL, a.k.a. Southern_Man2003, Defendant–Appellant.

No. 10–11047
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 9, 2010.

Steven E. Butler, Assistant U.S. Attorney, Gregory A. Bordenkircher, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Maria E. Murphy, Mobile, AL, for Plaintiff–Appellee.

Neil L. Hanley, Attorney at Law, Mobile, AL, for Defendant–Appellant.

Before EDMONDSON, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Neil L. Hanley, appointed counsel for Kenneth Parnell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Parnell's conviction and sentence are **AFFIRMED.**